THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES McCREERY REALTY CORP., Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents.

Submitted February 29, 1952; decided April 17, 1952.

*Patrick A. Bolger* and *Robert J. Bolger* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Edith I. Spivack* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ,